**Electronically Filed
Supreme Court
SCWC-11-0000749
29-JAN-2013
12:15 PM**

SCWC-11-0000749

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TODD EUGENE HART, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000749; FC-CR. NO. 11-1-029K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on December 24, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 29, 2013.

James S. Tabe
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

